UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRMA I. DEHUELVES, et al.,

    Plaintiffs,

v.

GUADALUPE R. DEHUELBES,

    Defendant.

_____/

Case No. 1:19-cv-691

HON. JANET T. NEFF

## **ORDER**

This is a civil action filed by *pro se* litigants. On August 30, 2019, the Magistrate Judge issued a Report and Recommendation, recommending that Plaintiffs' claims be dismissed with prejudice for failure to state a claim upon which relief may be granted. The Report and Recommendation was duly served. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs' claims are DISMISSED with prejudice for the reasons set forth in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: September 20, 2019                          /s/ Janet T. Neff
                                                                          JANET T. NEFF
                                                                          United States District Judge